United States District Court
for the
Southern District of Florida

Damien Bromfield, Petitioner, )
)
v. )
) Civil Action No. 18-22618-Civ-Scola
)
Warden Bryan K. Dobbs, and )
others, Respondents.

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF Nos. 2, 21.) On January 16, 2019, Judge Reid issued a report, recommending that, the Court deny the petition for writ of habeas corpus, deny the petitioner's motion for temporary restraining order, and dismiss the case. (Report of Magistrate, ECF No. 23.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 23**). The Court **denies** the motion for temporary restraining order and/or preliminary injunction (**ECF No. 4**) and **denies** the petition for writ of habeas corpus (**ECF No. 1**). Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

The Clerk is ordered to **mail** a copy of this order to the address listed below.

**Done and ordered**, at Miami, Florida, on January 31, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy to*:
Damien Bromfield,
59837-018
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels, Post Office Box 779800
Miami, FL 33177